# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason E. Brumbelow, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent employed by the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations (HSI). I am assigned to the HSI office in Norfolk, Virginia. I have been employed as a Special Agent with HSI since January of 2008. I am currently assigned to work on the Hampton Roads Human Trafficking Task Force within the Norfolk, Virginia Division of HSI. My experience includes the investigation of cases involving human trafficking and the use of facilities of interstate and foreign commerce in furtherance of such crimes. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. Immigration and Customs Enforcement Special Agent Training Program. I have received training in the investigation of criminal violations of federal law within the jurisdiction of HSI, and I have received specialized training in the investigation of human trafficking. Additionally, I have received training and gained experience in arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging defendant Timothy Gary WILLIAMS with Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591(a). Specifically, between in and about December 2018, and on or about

February 7, 2019, within the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a Minor Female Victim, (hereinafter "MFV"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of such means, would be used to cause MFV to engage in commercial sex acts, in violation of 18 U.S.C. § 1591(a).

4. This affidavit is based on my personal observations during the course of this investigation, information conveyed to me by other law enforcement officials, my review of records, documents and other physical evidence obtained during this investigation, and interviews of witnesses. This affidavit contains information necessary to support a finding of probable cause, but does not include each and every fact observed by me or known by the government.

## II. LEGAL AUTHORITY

5. 18 U.S.C. § 1591(a), in pertinent part, prohibits whoever knowingly, in or affecting interstate or foreign commerce, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person, knowing or in reckless disregard of the fact that means of force, threats of force, fraud, coercion or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished.

## III. PROBABLE CAUSE

### A. Discovery of Prostitution Activities

6. On or about February 6, 2019, HSI Special Agents received information from the National Human Trafficking Hotline (NHTH) about the possible sex trafficking of a minor. The NHTH has a phone number where members of the public provide tips on potential sex and labor trafficking. After receiving a human trafficking tip, the NHTH then forwards this information to appropriate authorities. The February 6, 2019 tip stated that a MFV was being prostituted from a hotel in the Eastern District of Virginia. The tip reported that the MFV was experiencing severe physical abuse from the trafficker, and the trafficker was moving the MFV to hotels within Norfolk, VA.

7. The tip listed the name of the MFV. The tip also stated that the MFV was 17 years old. The tip also identified the trafficker as Timothy Gary WILLIAMS. The tip listed multiple hotels in which WILLIAMS trafficked the MFV. The tip said WILLIAMS, 29, had trafficked the MFV since December 2018. The tip listed the name and contact number of the individual that provided this information to the National Human Trafficking Hotline.

### B. Interview of the Tipster

8. On February 6, 2019, I spoke to the source of the National Human Trafficking Hotline Tip (hereinafter "LL") via telephone. Among other things, LL said the following:

    a. LL said WILLIAMS was prostituting the MFV. WILLIAMS maintained control of the MFV's cellular telephone.

    b. LL has known the MFV for several years. LL witnessed the MFV communicate with sex customers. There are online prostitution ads for the MFV on a site called "skipthegames.com." LL saw online prostitution ads for the MFV as recently as yesterday. LL texted the number listed on the MFV's online ad. Someone replied to LL's text with a message asking if LL was a "cop."

3

c. LL said WILLIAMS recently bonded out of jail. The MFV provided the money to bail WILLIAMS out of jail. WILLIAMS assaulted the MFV soon after his release from jail.

d. LL said WILLIAMS rents hotel rooms where he prostitutes the MFV. WILLIAMS pays cash for these rooms. WILLIAMS and the MFV might be staying at a specific motel (the Motel) on Military Highway in Norfolk, VA.

9. On February 7, 2019, HSI Special Agents encountered the MFV in a motel in Virginia Beach. This hotel was close to the Virginia Beach/Norfolk border.

10. On February 8, 2019, myself and a NPD Detective interviewed LL at her residence in Norfolk, VA. Among other things, LL said the following:

a. LL has known the MFV for approximately 4 years. LL said WILLIAMS and the MFV had a relationship. The MFV stayed with LL while WILLIAMS was in jail. During this time, LL saw the MFV communicate with sex customers.

b. After WILLIAMS bonded out of jail, WILLIAMS took the MFV to different hotels in or around Norfolk, VA. LL visited the MFV at these hotels. LL witnessed WILLIAMS physically assault the MFV at a Motel on or about February 2, 2019. LL has witnessed WILLIAMS hit the MFV and pull the MFV's hair. LL said WILLIAMS once physically beat the MFV so badly LL thought the MFV needed medical treatment.

c. WILLIAMS prostituted the MFV and another girl. WILLIAMS took photographs of the MFV to use in online prostitution advertisements. LL saw prostitution advertisements for the MFV on a web site called "skipthegames.com." LL said she saw one prostitution advertisement for the MFV that said sex customers could pay a higher fee to have sex with the MFV without a condom.

11. I know form training and experience that some human traffickers use violence as a means of keeping women that they prostitute compliant. Based on this information, I assert there is probable cause to believe that WILLIAMS used violence as a means of conditioning the MFV to continue earning money for him through prostitution.

4

## C. Recovery of the MFV on February 7, 2019

12. On February 7, 2019 a Norfolk Police Department (NPD) detective went to the Motel, which was actually located in Virginia Beach, VA, to try to locate the MFV. After speaking to Motel employees, the NPD Detective learned that the MFV and WILLIAMS were staying in a room of the Motel. HSI Special Agents and officers from the Virginia Beach Police Department (VBPD) then responded the Motel.

13. After arriving at the Motel, I saw the MFV in front of room 131. Myself and another HSI Special Agent made contact with the MFV to confirm her identity. After determining the identity of the MFV, officers from the VBPD arrived to investigate.

14. After field interviews and an investigation, VBPD determined there was probable cause that WILLIAMS was prostituting the MFV at the Motel. VBPD transported the MFV and WILLIAMS to the VBPD's Detective Bureau for processing and interviews.

## D. Interview of Timothy WILLIAMS on February 7, 2019

15. On February 7, 2019, VBPD Detectives interviewed WILLIAMS. I was present during this interview. The VBPD Detectives advised WILLIAMS of his rights, pursuant to *Miranda*, prior to questioning. Among other things, WILLIAMS said the following:

   a. WILLIAMS knew the MFV was a minor and that the MFV was having sex with men in exchange for money. WILLIAMS said he would assist the MFV in scheduling appointments with sex customers.

   b. WILLIAMS used the money that the MFV earned from prostitution to pay purchase food, marijuana, and to pay the cost of hotel rooms. WILLIAMS said he would sometimes grab the MFV during arguments. WILLIAMS said he would "Yolk her up" when he referred to grabbing the MFV.

5

## E. Interview of the MFV on February 7, 2019

16. On February 7, 2019, VBPD Detectives interviewed the MFV. I was present for portions of this interview. Among other things, the MFV told the interviewers:

   a. The MFV said she and WILLIAMS were in a relationship. While dating, the MFV said WILLIAMS would take her to different hotels in Norfolk and Virginia Beach. The MFV engaged in commercial sex at these hotels.

   b. The MFV said WILLIAMS took photographs of her nude. These nude photographs were posted in online prostitution ads for the MFV. WILLIAMS assisted the MFV in scheduling dates with sex customers. WILLIAMS also provided the MFV with security while the MFV saw sex customers. WILLIAMS assaulted the MFV multiple times. Sometimes, WILLIAMS hit the MFV with objects. WILLIAMS would assault the MFV if she did not give WILLIAMS enough money from her prostitution earnings or if the MFV tried to leave WILLIAMS.

   c. The MFV said she gave WILLIAMS money that she earned from prostitution. WILLIAMS used this money to purchase food, drugs, and to pay for hotel rooms.

## F. Review of messages in One of the MFV's Cellular Telephones

17. During her interview with VBPD, the MFV said she owned two cellular telephones that were found in her possession. The MFV said she would let WILLIAMS use one of these cellular telephones while she was on dates with sex customers. This allowed the MFV to be able to communicate with WILLIAMS.

18. On February 7, 2019, the MFV gave VBPD consent to search two cellular telephones that were in her possession when HSI Special Agents and VBPD detectives encountered her. I found numerous text conversations where MFV was discussing prostitution and customers with WILLIAMS, an example of which is as follows:

   a. There was a telephone number stored in one of the MFV's cellular phones under the contact name "husband." The MFV said the contact name "husband" referred to WILLIAMS.

b.  The MFV sent several messages to WILLIAMS. In one of these messages, the MFV wrote, "You ain't shit go get a job and stop making me pop my pussy for you... you are supposed to help your girl not live off her Im doing it for us but damn I feel like its for you. Leave my money Calling the police and letting them know all these marks are from you."

c.  There were other messages between the user of this phone and the contact name "husband." Some of these messages appeared to involve scheduling appointments between the MFV and sex customers. The following is an example of such a conversation:

Husband: Someone wants to com for 70. For 15 mins.

1621 (MFV): Ok do it. Is they coming forreal bae

Husband: Ok and idk he asking for address now

1621: Ok

Husband: I said are you coming foreal he said yes imready. He said he'd be 25mins

19. Based on training and experience, I assert there is probable cause to believe that the above conversations were about prostitution. I suspect that "70" refers to the amount of money that the MFV charged a sex customer, and I believe that "15mins" is the length of time that the MFV spent planned to spend with a sex customer.

G. **Interview of Motel Assistant Manager on February 20, 2019**

20. On February 20, 2019 I interviewed an assistant manager at the Motel. Among other things, the assistant manager said the following:

a.  The assistant manager was familiar with WILLIAMS, and the assistant manager knew the police arrested WILLIAMS on February 7, 2019. The assistant manager said WILLIAMS checked into the Motel on January 5, 2019. A girl stayed with WILLIAMS at the Motel. The assistant manager provided the same nickname for this girl that the MFV uses. The assistant manager overheard WILLIAMS say that he and the MFV stayed at a different, specified hotel (the Hotel) before they checked into the Motel.

7

b.  The assistant manager said WILLIAMS also checked into the Motel on February 5, 2019. The MFV stayed with WILLIAMS during this visit to the Motel.

c.  WILLIAMS always paid cash for rooms at the Motel. The MFV could not reserve rooms at the Motel because the MFV did not have identification. At the time of his arrest, WILLIAMS and the MFV were staying in the room of another hotel patron.

d.  The assistant manager overheard an argument between the MFV and WILLIAMS. This argument happened in the lobby of the Motel. The argument started after WILLIAMS saw a message in the MFV's phone about the MFV performing a specific sex act with someone. The assistant manager heard the MFV tell WILLIAMS that she performed this sex act so that she and WILLIAMS could afford food and a place to stay. The assistant manager heard the MFV say that she engaged in prostitution to support WILLIAMS and herself.

e.  The assistant manager once tried to persuade the MFV to stop engaging in prostitution. The MFV began to cry. The MFV said she needed to find a job so that she could quit prostitution.

f.  The assistant manager confronted WILLIAMS about his relationship with the MFV. The assistant manager told WILLIAMS that he was too old to be involved with the MFV.

21. According to reports from the VBPD, a registry search of the Motel showed that WILLIAMS reserved a room at the Motel from January 5, 2019 to January 8, 2019. The same VBPD report noted that a registry search of the Hotel, located at 5708 Northampton Blvd, showed that WILLIAMS booked a room at the Hotel form January 15, 2019 until January 19, 2019. The VBPD reported also stated that employees at the Motel said WILLIAMS and the MFV frequently stayed in the rooms of other guests at the hotel.

**H.  Interview of H.L. on February 22, 2019**

22. On February 22, 2019, myself and a NPD Detective interviewed H.L. at her residence in Norfolk, VA. At the time of the interview, the MFV was staying at H.L.'s residence. Among other things, H.L. told the interviewers:

8

a.   H.L. said she knew the MFV was involved in prostitution. H.L. saw text messages in which the MFV discussed prostitution. H.L. said the MFV saw sex customers in her (          's) residence.

b.   H.L. said WILLIAMS was calling the MFV from the Virginia Beach Detention Center. The MFV was accepting WILLIAMS' calls on her cell phone. Levison said WILLIAMS often screams at the MFV during these calls.

I. **Interview of S.Y. on February 22, 2019**

23. On February 22, 2019, myself and a NPD Detective interviewed S.Y. at his residence in Norfolk, VA. Among other things, S.Y. said the following:

a.   S.Y. was aware that the MFV was involved in prostitution. S.Y. also knew WILLIAMS. The MFV recently put money on WILLIAMS prisoner account.

b.   S.Y. said WILLIAMS has been violent with the MFV. S.Y. witnessed WILLIAMS push the MFV down to the ground at a Motel hotel on Northampton Blvd.

J. **Review of WILLIAMS' Recorded Jail Calls**

24. During this investigation, I reviewed recorded calls that WILLIAMS made to the MFV from the Virginia Beach Detention Center. Among other things, this review found the following relevant information:

a.   On February 7, 2019, WILLIAMS called the MFV. During this conversation, WILLIAMS acknowledged that the MFV was a minor.

b.   On February 7, 2019, WILLIAMS called the MFV. The MFV stated that she was a minor during this call. WILLIAMS also told the MFV that they need to "ride this shit together." WILLIAMS also told the MFV not to let the police scare her with words.

c.   On February 8, 2019, WILLIAMS called the MFV. WILLIAMS asked the MFV for help in paying his bond. WILLIAMS told the MFV that "they" are trying to scare her. The MFV told WILLIAMS that "they" know about the abuse. The MFV said she could not lie about the abuse because she had a medical exam. The MFV also told WILLIAMS that "they" have evidence of a "play" coming in her text messages.

9

d. On February 11, 2019, WILLIAMS called the MFV. The MFV told WILLIAMS that the "FBI" is watching her. WILLIAMS said to the MFV "don't tell them people shit."

e. On February 11, 2019, WILLIAMS called the MFV. The MFV told WILLIAMS that she could not help WILLIAMS because she is a minor. The MFV told WILLIAMS "they" are investigating him. WILLIAM told the MFV not to let "them" scare her.

f. On February 11, 2019, WILLIAMS called the MFV. WILLIAMS told the MFV not to let the detectives scare her. WILLIAMS and the MFV discussed the fact that WILLIAMS was being charged because the MFV is underage. WILLIAMS said he wanted the MFV to testify in court that the detectives were threatening her.

g. On February 15, 2019, WILLIAMS called the MFV. During the conversation, WILLIAMS asked the MFV what the "fuck" she was doing talking to detectives.

h. On February 15, 2019, WILLIAMS called the MFV. During the conversation, WILLIAMS said he knew the MFV was testifying against him. The MFV told WILLIAMS that she put clothes on WILLIAMS back and took WILLIAMS shopping.

i. On February 16, 2019, WILLIAMS called the MFV. WILLIAMS told the MFV to stop talking to the detectives. WILLIAMS instructed the MFV to tell the detectives that she did not want to talk to them anymore.

j. On February 16, 2019, WILLIAMS called the MFV. WILLIAMS asked the MFV if she could get him a care package. The MFV told WILLIAMS that she already put all her money on WILLIAMS' telephone account.

k. On February 16, 2019, WILLIAMS called the MFV. WILLIAMS told the MFV that he needs money put on his telephone account. The MFV told WILLIAMS that she could not do anything because "they" are on her ass. WILLIAMS continued to talk to the MFV about the importance of getting money.

l. On February 18, 2019, WILLIAMS called the MFV. The MFV told WILLIAMS that she had an appointment to answer more questions. WILLIAMS instructed the MFV to tell "them" that she does not have "shit" to say. WILLIAMS told the MFV to tell a lawyer that "they" are threatening to charge her with prostitution if she does not cooperate with them. WILLIAMS told the MFV that his lawyer said everything falls on the MFV. WILLIAMS said the only thing law enforcement may get him on was knowing that the MFV was a minor.

10

m.  On February 18, 2019, WILLIAMS called the MFV. The MFV mentioned an older, white male. The MFV told WILLIAMS that she had her brother and another individual went outside while she "did it." The MFV said she got her half and said she had $300. WILLIAMS asks the MFV why she did not think about him. WILLIAMS told the MFV that she could have given him $100 of this money.

n.  On February 18, 2019, WILLIAMS called the MFV. The MFV told WILLIAMS that her aunt told the detectives information about her and WILLIAMS. WILLIAMS said, "fuck them." WILLIAMS told the MFV that she did not have to answer the detectives' questions. WILLIAMS continued to tell the MFV not to talk to the detectives.

o.  On February 18, 2019 WILLIAMS called the MFV. WILLIAMS instructed the MFV to start recording everything to use as evidence to help his defense. WILLIAMS told the MFV that if she did not do this, he would start thinking that the MFV had something to do with what happened to him. WILLIAMS told the MFV that "they" did not have "shit" on him. WILLIAMS said that they are trying to see if the MFV would be "retarded" enough to say something about him. WILLIAMS said they are looking at the MFV because she is 17. WILLIAMS asked the MFV if stuff was still "booming." WILLIAMS then told the MFV that he was speaking in "code." The MFV said it was but she had to lay low for a little bit. The MFV said they knew she was doing it and they could still be watching her. WILLIAMS told the MFV to stick with him on this.

p.  On February 20, 2019 WILLIAMS called the MFV. During the call, WILLIAMS told someone in the background that his girl is 17 years old.

**K.  Review of Online Advertisements on Skipthegames.com**

25.  On or about May 15, 2019, as well as prior times during this investigation, I reviewed online advertisements on the website skipthegames.com. During this review, I found the following relevant information:

26.  I found two online advertisements that listed xxx-xxx-0176 as the advertisement's contact number. I searched for this number because the National Human Trafficking Hotline tip stated that the MFV was being posted on skipthegames.com with a contact Text-Now number of

11

xxx-xxx-0176. The tip also stated that there were nude photographs of the MFV in these ads. The search of this number on skipthegames.com revealed the following two advertisements:

    a. I found one advertisement with a post date on February 5, 2019. The title of this posting was "Always Sweet." The posting contained photographs of a girl, to include photographs of the girl's nude vagina, breasts and buttocks. This posting did not contain photographs of the girl's face. The advertisement stated that the girl was available for "incall" and "outcall" appointments. The advertisement stated that the girl would accept payment in cash, and the advertisement listed several sexual services that the girl was willing to perform. This advertisement was posted for the city of Norfolk, VA.

    b. I found a second advertisement with a post date of February 6, 2019. The title of this posting was also "Always Sweet." The posting contained the same nude photographs that the February 5, 2019 posting contained. This photograph did not contain photographs of the girl's face. This advertisement also said the girl was available for "incall" and "outcall" appointments. This advertisement stated that the girl would accept payment in cash, and the advertisement listed several sexual services that the girl was willing to perform. This advertisement was posted for the city of Norfolk, VA.

27. The above postings did not contain photographs of the girl's face. However, these postings contained the same number, xxx-xxx-0176, that LL told the NHTH was listed on the online advertisements for the MFV. The date on these postings was both the day before and the same that LL contacted the NHTH. The location for these posting was Norfolk, VA. Based on this information, I suspect that the above photographs were of the MFV.

28. I also searched skipthegames.com for additional postings of the MFV prior from January 2019 until February 7, 2019. During this search, I found multiple postings advertising that appeared to be advertising the MFV for prostitution, including:

    a. I found an advertisement with a post date of January 30, 2019. The title on this posting was "Independent Honeybee." I saw photographs of the MFV on this posting. The MFV was wearing lingerie in these photographs. The posting said the MFV was available for "incalls." The posting stated that the MFV was on Northampton Blvd. The advertisement said the MFV would accept payment in cash, and the advertisement listed a variety of sexual

12

services that the MFV was willing to perform. This advertisement was posted for the city of Norfolk.

b. I found an advertisement with a post date of January 26, 2019. The title on this posting was "Independent Honeybee." I saw photographs of the MFV on this posting. In one photograph, the MFV was sitting on a bed in a suggestive pose with her buttocks partially exposed. The posting said the MFV was available for "incalls." The posting stated that the MFV was on Northampton Blvd. The advertisement said the MFV would accept payment in cash, and the advertisement listed a variety of sexual services that the MFV was willing to perform. This advertisement was posted for the city of Norfolk.

c. I found an advertisement with a post date of January 24, 2019. The title on this posting was "Independent Honeybee." I saw photographs of a girl on this advertisement. In one of these photographs, the girl was nude from the waist down, and the photograph showed the girl laying on her side on a bed with an exposed buttock. The posting said the girl was available for "incalls." The posting stated that the girl was on Northampton Blvd. The advertisement said the girl would accept payment in cash, and the advertisement listed a variety of sexual services that the MFV was willing to perform. This advertisement was posted for the city of Norfolk.

29. The posting I described in the above paragraph did not contain any pictures of the girl's face. However, the title of this posting, "Independent Honeybee" was the same title as prior postings in which I was able to recognize the MFV. Additionally, the location of "Northampton Blvd" on this posting is the same street on which HSI Special Agents first encountered the MFV. Based on this information, I suspect that the photographs posted in this posting are photographs of the MFV.

30. Based on training and experience, I know that the term "incalls" refers to appointments where sex customers travel to an appointment. I have also learned that the term "outcalls" refers to appointments where someone will travel to a sex customer for an appointment.

13

### L. Review of the Second Cellular Telephone searched by VBPD

31. I have reviewed a download of the second cellular telephone that was in the possession of the MFV when myself and the VBPD encountered her on February 7, 2019. Among other things, I have found the following relevant information:

   a. I saw a topless photograph of the MFV. This appeared to be the same topless photograph that was on the January 28, 2019 advertisement that I saw on skipthemgames.com.

   b. I saw a photograph of a girl that was lying on her side on a bed with her buttocks exposed. This appeared to be the same photograph posted on the January 24, 2019 advertisement that I saw on skipthegames.com.

   c. I saw a photograph of the MFV sitting on a bed, in a suggestive pose, with her buttocks partially exposed. This appeared to be the same photograph that was posted on the January 26, 2019 advertisement that I saw on skipthegames.com.

32. I saw other photographs on the MFV's cellular telephone that were consistent with photographs I saw posted on online prostitution advertisements. The MFV was in various stages of undress in these photographs. Some of these photographs also showed images of a girl's genatalia.

33. During her February 7, 2019, interview with VBPD, the MFV told the interviewers that WILLIAMS took some pictures of her while she was nude. WILLIAMS took these photographs because it was difficult for the MFV to get the correct "angle" for the photographs. The MFV said some of these nude images were posted on online prostitution advertisements.

14

## IV. CONCLUSION

34. Based on the facts set forth above, I respectfully submit that there is probable cause to believe that the defendant committed the offense of Sex Trafficking of a Minor. Specifically, from in or about December 2018 ~~2019~~ to on or about February 7, 2019, within the Eastern District of Virginia and elsewhere, defendant Timothy WILLIAMS, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a minor, the MFV, knowing and in reckless disregard of the fact that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a).

35. Accordingly, I request that a complaint and arrest warrant be issued charging Timothy Gary WILLIAMS with such offense.

FURTHER AFFIANT SAYETH NOT.

_____
Jason E. Brumbelow, Special Agent
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn to before me on May 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

15