JS 45 (11/2002)  
**REDACTED**  
**Criminal Case Cover Sheet**  
**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:19cr |
| County/Parish: | Same Defendant: | New Defendant: Timothy Gary Williams |
| | Magistrate Judge Case Number: 2:19mj290 | Arraignment Date: |
| | Search Warrant Case Number: | Tuesday, June 25, 2019 |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant: TIMOTHY GARY WILLIAMS | | Alias Name(s): |
| Address: Portsmouth VA | | |
| Birth Date: xx-xx-1990 | SS#: xxx-xx-xxxx | Sex: M | Race: B | Nationality: | Place of Birth: |
| Height: 6' 03" | Weight: 190 | Hair: BLK | Eyes: BRO | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | |
| | State ID: | |

### Location Status:

Arrest Date:

☒ Already in Federal Custody as of: 06/04/2019 in: Western Tidewater.
☐ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody
☐ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested for
☐ Arrest Warrant Pending ☐ Detention Sought ☐ Bond

### Defense Counsel Information:

| Name: Megan Margaret Durkee | ☐ Court Appointed |
|---|---|
| Address: Office of the Federal Public Defender 150 Boush Street, Suite 403, Norfolk, VA 23510 | ☐ Retained |
| Telephone: (757) 457-0800 | ☒ Public Defender |
| Email: megan_durkee@fd.org | ▮▮▮▮▮ |
| | ▮▮▮▮▮ |

### U.S. Attorney Information:

| AUSA: V. Kathleen Dougherty | Telephone No. 757-441-6331 | Bar #: 77294 |

### Complainant Agency, Address & Phone Number or Person & Title:

Jason Brumbelow, Special Agent (HSI) (703) 376-4352

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a Child | 1 | Felony |
| Set 2 | 18 U.S.C. § 1952 | Use of Facilities in Interstate Commerce to Promote Prostitution | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 924(d), 981(a)(1)(C), 1594(d), 2428; 21 U.S.C. § 853; 28 U.S.C. § 2461 | Forfeiture | | |