Eastern District Of Virginia – U.S. District Court
# ARRAIGNMENT/DETENTION MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 02:30 p.m. | Date: | June 25, 2019 |
| Started: | 2:39 pm | Presiding Judge: | Robert J. Krask |
| Ended: | 2:45 pm | Courtroom Deputy: | Cristi Doda |
| | | Court Reporter: | FTR |
| Split Time: | | U.S. Attorney: | Katie Dougherty |
| Hearing Held: | (X) Norfolk ( ) Newport News | Defense Counsel: | Megan Durkee |
| Case Number: | 2:19cr107 | ( ) Retained ( ) Court appointed (x) AFPD | |
| Defendant: | Timothy Gary Williams | Interpreter: | |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
   beginning _____ and each month thereafter
   until paid in full

**ARRAIGNMENT:**
( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
(X) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(X) Preliminary motions deadline 7/16/19
( ) Response motions deadline _____
(x) TRIAL ( ) SRVH ( ) PVH set on 8/27/19 @ 10 am before RAJ (x) Norfolk ( ) Newport News

**APPEARANCE AT PRELIMINARY HEARING:**
(X) Court inquired as to whether defendant wishes appear
   at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

**DETENTION:**
( ) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted ( ) Denied ( ) Motion to Withdraw
( ) Detention Ordered (X) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**
(X) Agreed Discovery/Protective Order Entered

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
( ) By agreement of all parties, due to the
complexity of the case and/or in the
interest of justice, pursuant to 18 USC
3161(h), speedy trial is waived

( ) SRV/Probation Hearing:_____
( )_____
( )_____
( )_____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.